# UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JONATHAN COOMBS, individually; and DANA LOUIE, individually, <br><br> Plaintiffs, <br><br> v. <br><br> ALIMAK GROUP USA, INC., a foreign corporation; HAROLD POWELL individually, and JOHN DOE CORPORATIONS, 1 through 10; and JOHN DOE individuals, 1 through 10 <br><br> Defendants. | No. 2:20-CV-01715- RSM <br><br><br> ORDER GRANTING LEAVE TO FILE PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES |

THE COURT has reviewed the parties' Stipulation for Leave to Amend

the Complaint. The Court finds good cause to grant the relief requested by the parties.

IT IS ORDERED as follows:

1. The Stipulation of the parties is approved.

2. Plaintiffs are granted Leave to file the Proposed First Amended Complaint attached to the Stipulation, and the same is hereby deemed filed as of this date;

3. The case caption shall be amended to reflect the parties who are dismissed from this action by way of the First Amended Complaint; the Court adopts the caption as shown in the First Amended Complaint.

Dated this 2nd day of February, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING
LEAVE TO FILE PLAINTIFFS'
FIRST AMENDED COMPLAINT
FOR DAMAGES- 2

THE LEDGER LAW FIRM, PC
147 7TH AVE W
KIRKLAND, WA 98033
T: (800) 610-6255 F: (800) 442-2502

Presented by:

**THE LEDGER LAW FIRM, PC**

By: */S/ Allen L. Schwenker, III*
   Allen L. Schwenker, III, WSBA#51578
   Attorney for Plaintiffs
   174 Seventh Avenue West
   Kirkland, WA 98033
   Telephone: (800) 610-6255
   Fax (800) 442-2502

Stipulated to:

By: */S/ Dylan E. Jackson*
   */S/ Hanni Pichel*
   Dylan E. Jackson, WSBA No. 29220
   Hanni Pichel, WSBA No. 48623
   Attorneys for Defendants
   WILSON SMITH COCHRAN DICKERSON
   901 Fifth Avenue, Suite 1700
   Seattle, WA 98164-2050
   Telephone: (206) 623-4100
   Fax: (206) 623-9273
   Email: jackson@wscd.com / pichel@wscd.com