JUDGE RICARDO S. MARTINEZ
TRIAL DATE: 12/13/2021

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JONATHAN COOMBS, individually, and DANA LOUIE, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> ALIMAK GROUP USA, INC., a foreign corporation, <br><br> Defendant. | No. 2:20-cv-01715-RSM <br><br> STIPULATED MOTION AND ORDER OF DISMISSAL |

## **STIPULATION**

IT IS HEREBY STIPULATED by counsel for the parties hereto that the above-entitled action is hereby dismissed with prejudice and without costs to either party.

IT IS SO STIPULATED.

DATED this 18th day of May, 2021.

WILSON SMITH COCHRAN DICKERSON

By: *s/Dylan E. Jackson*

*s/Hanni Pichel*
Dylan E. Jackson, WSBA No. 29220
Hanni Pichel, WSBA No. 48623

STIPULATED MOTION AND ORDER OF DISMISSAL – 1
sw/HP6704.067/3883306x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

|     | 901 Fifth Avenue, Suite 1700 |
|     | Seattle, WA  98164-2050 |
|     | P: (206) 623-4100 / F: (206) 623-9273 |
|     | Email: jackson@wscd.com / pichel@wscd.com |
|     | Attorneys for Defendant |

DATED this 18th day of May, 2021.

          THE LEDGER LAW FIRM, PC


          By: *s/ Allen L. Schwenker, III*
               Allen L. Schwenker, III, WSBA#51578
               Attorney for Plaintiffs

STIPULATED MOTION AND ORDER OF DISMISSAL – 2
sw/HP6704.067/3883306x



WILSON SMITH COCHRAN DICKERSON  
901 Fifth Avenue, Suite 1700  
Seattle, Washington  98164  
Telephone: (206) 623-4100  
Fax: (206) 623-9273

# ORDER OF DISMISSAL

Based on the above stipulation, IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice and without costs

DATED this 19th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

WILSON SMITH COCHRAN DICKERSON

By: *s/Dylan E. Jackson*

By: *s/Hanni Pichel*
    Dylan E. Jackson, WSBA No. 29220
    Hanni Pichel, WSBA No. 48623
    901 Fifth Avenue, Suite 1700
    Seattle, WA 98164-2050
    P: (206) 623-4100 / F: (206) 623-9273
    Email: jackson@wscd.com / pichel@wscd.com
    Attorneys for Defendant

Approved as to form; notice of presentation waived:

THE LEDGER LAW FIRM, PC

By: *s/ Allen L. Schwenker, III*
    Allen L. Schwenker, III, WSBA#51578
    Attorney for Plaintiffs

STIPULATED MOTION AND ORDER OF DISMISSAL – 3
sw/HP6704.067/3883306x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273